UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | ) | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) | ) | 3:09-md-02100-DRH |
| MARKETING, SALES PRACTICES AND | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2100 |
| | ) | |

**This Document Relates To:**

*Gretchen Lehde, et al. v. Bayer Pharma AG, et al.*     No. 13-cv-10862-DRH

*Latasha McClellan, et al. v. Bayer Pharma AG, et al.*     No. 13-cv-10857-DRH

*Kathleen Ring, et al. v. Bayer Pharma AG, et al.*     No. 13-cv-10861-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations filed on August 3, 2016, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
       **Deputy Clerk**

Judge Herndon
2016.08.05
14:33:34 -05'00'

APPROVED:
           DISTRICT JUDGE
           U. S. DISTRICT COURT